
# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:13-cr- 258 |
| v. | **_UNDER SEAL_** |
| (1) DERWIN DURHAM, also known as "Red" | |
| (2) JAMES MICHAEL BARBER, | |
|     also known as "Big Cheese" | |
| (3) CARROLL MACARTHUR WILLIAMS, JR. | |
| (4) THOMAS MONTERES BURRIS | |
| (5) LARRY DONNELL ERBY, JR. | |
| (6) MARIO DEMOND FLOYD | |
| (7) TONY LAMAR FLOYD | |
| (8) LANCE RICHARDSON PAGAN | |
| (9) JAMES RUSSELL "RUSTY" COULTER | |
| (10) TORBEN LAMONT JACKSON | |

## ORDER SEALING BILL OF INDICTMENT, WARRANTS, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Bill of Indictment, the arrest Warrants, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the arrest Warrants, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

SO ORDERED this 17th day of September 2013.

THE HONORABLE DAVID C. KEESLER S. CAYER
UNITED STATES MAGISTRATE JUDGE