IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00258-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DERWIN DURHAM (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion to suppress his plea bargain, (Doc. No. 232), which the Court interprets as a motion to withdraw his plea.

The defendant is currently represented by counsel. (Doc. No. 32: Appointment of Counsel). Local Criminal Rule 47.1(H) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion to withdraw his guilty plea is **DENIED** without prejudice to be pursued by counsel if deemed advisable.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: November 24, 2014

Robert J. Conrad, Jr.
United States District Judge